UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

**United States of America,**

   **Plaintiff,**        Case No.  3:13-CR-30160-DRH-1

  v.

**Darron Suggs,**

  **Defendant,**

=======================================
**Pioneer Investment,**

  **Garnishee.**

## GARNISHEE ORDER

  A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee.   Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on June 6, 2014, stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due Defendant.

  On June 4, 2014, the Defendant was notified of his right to a hearing through his attorney and initially requested a hearing on March 11, 2014, and has not requested a hearing to determine exempt property.

  **IT IS ORDERED** that Garnishee pay to Plaintiff, and continue said payments until the debt to the Plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the Debtor or until further Order of this Court.

Payments are to be made payable to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois 62201. The Plaintiff is to provide a copy of this Order to the Garnishee.

**IT IS SO ORDERED.**

Signed this 17th day of July, 2014.

Digitally signed by David R. Herndon
Date: 2014.07.17 13:34:38 -05'00'

**Chief Judge**
**United States District Court**